NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
28557
18-JAN-2011
10:22 AM

NO. 28557

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEFF JOHN SILVA, Plaintiff-Appellee, v.
LAUREE R. KALEIKAU-GILL, Defendant-Appellant,
and KAAHALAMA (k), et al., Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 06-1-0098)

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

On July 9, 2010, a notice of suggestion of the death of Defendant-Appellant Lauree R. Kaleikau-Gill (Appellant) was filed. Upon consideration of position statements filed thereafter by Plaintiff-Appellee, Appellant's former attorney, and Defendant Geraldine Olszowka-Martinez (Kaleikau), and a letter from Lisa Kaleikau, this court ordered, on December 6, 2010, that if no motion for substitution of Appellant was filed within 30 days from the date of the order, the court would dismiss the appeal.

It appears that more than 30 days have passed and no motion for substitution of Appellant has been filed, therefore,

IT IS HEREBY ORDERED that this appeal is dismissed.

DATED: Honolulu, Hawaii, January 18, 2011.

Chief Judge

Associate Judge

Associate Judge